**Lloyd Bernstein**, OSB #002030
E-mail:  Lloyd.berstein@bullivant.com
**Richard Williams**, OSB #144638
E-mail:  Richard.williams@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiff The Cincinnati Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **THE CINCINNATI CASUALTY COMPANY**, an Ohio company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**THE RINGSIDE, INC.**, an Oregon corporation,<br><br>　　　　　　　　　　　Defendant. | Civil No.: _____<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff The Cincinnati Casualty Company ("Cincinnati") alleges as follows:

### I.  OVERVIEW OF ACTION

1.　　This insurance coverage lawsuit seeks a determination by the Court of Cincinnati's obligations under a policy of insurance issued to The Ringside, Inc. ("Ringside"). In November 2020, Ringside sought coverage for business income losses arising from the prevalence of wildfire smoke and poor air quality on its premises and the

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT FOR DECLARATORY JUDGMENT**
**Page 1**

Portland area generally. The wildfires and related smoke did not cause any direct physical damage or loss to Ringside's property, which is a predicate for business interruption coverage under the insurance policy. Accordingly, Cincinnati seeks a declaration from this court that Ringside's claim for business income is not covered under the Policy.

## II.  PARTIES

2. Plaintiff Cincinnati is a company incorporated under the laws of Ohio and has its principal place of business in Fairfield, Ohio.

3. Defendant The Ringside, Inc. ("Ringside"), is a company incorporated under the laws of Oregon, with its principal place of business in Portland, Oregon.

## III.  JURISDICTION AND VENUE

4. There is complete diversity between the parties and the Court has jurisdiction pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship) and 28 U.S.C. § 2201 (Declaratory Judgment).

5. This matter concerns disputed indemnity obligations under an insurance policy issued by Cincinnati to Ringside. On information and belief, Ringside's claimed losses total approximately $61,577. On information and belief, Ringside has also incurred attorney fees in excess of $15,000. Under ORS 742.061, Ringside stands to recover for such attorney fees if it recovers any amount for its claim. Accordingly, this dispute is ripe for adjudication and the value of this contractual dispute exceeds $75,000, exclusive of costs and interest.

6. Venue in the District of Oregon, Portland Division, is proper under 28 U.S.C. § 1391 and Local Rule 3-2(b) because the events giving rise to the claim occurred in Multnomah County, Oregon.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT FOR DECLARATORY JUDGMENT**
**Page 2**

## IV.  FACTS

**A.     Factual background of claim.**

7.      Beginning on September 9, 2020, the Portland metro area suffered from poor air quality as a result of nearby wildfires. Ringside claims that it closed its restaurant from September 9, 2020 through September 18, 2020 as a result of the wildfire smoke and generally poor air quality in the Portland metro area.

8.      As a result of the closure, Ringside claims to have incurred losses of approximately $61,577.

9.      Ringside sought coverage for such losses under its property insurance policy with Cincinnati. Upon receiving notice of the claim loss, Cincinnati created a claim file and assigned it Claim No. 3655659 (the "Claim").

10.     Cincinnati investigated the Claim and concluded that there was no "accidental physical loss or accidental physical damage" to insured property caused by the presence of poor air quality and/or wildfire smoke. As a result, Cincinnati denied the Claim.

**B.     The Insurance Policy**

11.     The Cincinnati Casualty Company issued Policy No. EPP 047 10 67 to Ringside with effective dates of January 10, 2018 to January 10, 2021 (the "Policy").[1] With respect to Building and Personal Property Coverage, the Policy provides in relevant part:

> **SECTION A. COVERAGE**
>
> We will pay for direct "loss" to Covered Property at the "premises" caused by or resulting from any Covered Cause of Loss.[2]

---

[1] Ex. A (a true and correct copy of excerpts from the Policy).

[2] Ex. A at p. 2.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT FOR DECLARATORY JUDGMENT**
**Page 3**

The Policy defines the term "loss" as "accidental physical loss or accidental physical damage."[3] The Policy further provides an itemized list of specific "Covered Property." Under the Policy, the term Covered Property does not include the air around or within the covered premises.[4]

12. The Policy's Building and Personal Property Coverage Form contains the following limited coverage for Business Income and Extra Expense provides:

> **b.**   **Business Income and Extra Expense**
>
> **SECTION C. DEDUCTIBLE** does not apply to this Coverage Extension.
>
> **(1)   Business Income**
>
>> We will pay for the actual loss of "Business Income" and "Rental Value" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct "loss" to property at a "premises" caused by or resulting from any Covered Cause of Loss. With respect to "loss" to personal property in the open or personal property in a vehicle or portable storage unit, the "premises" include the area within 1,000 feet of the building or 1,000 feet of the "premises", whichever is greater.
>>
>> With respect to the requirements of the preceding paragraph, if you are a tenant and occupy only part of the site at which the "premises" are located, for the purpose of this Coverage Extension only, your "premises" is the portion of the building that you rent, lease or occupy, including:
>>
>>> **(a)**   Any area within the building or on the site at which the "premises" are located if that area

---

[3] Ex. A at p. 7.

[4] Ex. A at pp. 2-3.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**COMPLAINT FOR DECLARATORY JUDGMENT**
**Page 4**

        services or is used to gain access to the "premises"; and

  **(b)**  Your personal property in the open (or in a vehicle or portable storage unit) within 1,000 feet of the building or 1,000 feet of the "premises", whichever is greater.

**\* \* \***[5]

13.    The Business Income (And Extra Expense) Coverage Form similarly provides in relevant part:

### SECTION A. COVERAGE

\* \* \*

**1.**  **<u>Business Income</u>**

  **a.**  We will pay for the actual loss of "Business Income" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct "loss" to property at "premises" which are described in the Declarations and for which a "Business Income" Limit of Insurance is shown in the Declarations. The "loss" must be caused by or result from a Covered Cause of Loss. \* \* \*[6]

14.    Both Business Income coverages referenced in the preceding paragraphs provide coverage if, and only if, the suspension of Ringside's operations is caused by direct "accidental physical loss or accidental physical damage" to Covered Property.

15.    Ringside's suspension of its restaurant business arose from poor air quality in the Portland metro area, not by any "accidental physical loss or accidental physical damage"

---

[5] Ex. A at pp. 5-6.

[6] Ex. A at p. 10.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

COMPLAINT FOR DECLARATORY JUDGMENT
Page 5

to its covered property. As a result, there is no coverage under the Policy for Ringside's claimed losses.

16. In addition, the Policy excludes coverage "for 'loss' caused by or resulting from" wear and tear, or smog:

> **b. Exclusions**
>
> * * *
>
> **(2)** We will not pay for "loss" caused by or resulting from any of the following:
>
> * * *
>
> **(d) Miscellaneous Causes of Loss**
>
> 1) Wear and tear;
>
> * * *
>
> 3) Smog;[7]

17. Accordingly, to the extent that Ringside's claimed losses were caused by or resulted from wear and tear (*i.e.*, dirty air filters needing replacement) and/or smog, there is no coverage for such losses under the Policy.

### V. NO DUTY TO INDEMNIFY RINGSIDE FOR BUSINESS INCOME LOSSES
### (Declaratory Judgment)

18. Cincinnati incorporates by reference and re-alleges the allegations contained in paragraphs 1 through 17 above.

19. Based on the Policy, and for the reasons discussed above, the Policy does not provide coverage for Ringside's Claim arising from losses caused by the presence of wildfire

---

[7] Ex. A at pp. 3-4.

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT FOR DECLARATORY JUDGMENT**
**Page 6**

smoke and poor air quality.

20. Accordingly, Cincinnati seeks a judgment from this Court declaring that Cincinnati has no duty to indemnify Ringside for any such losses caused by the presence of wildfire smoke and/or poor air quality, including any claim for business income coverage for the period where Ringside suspended its operations due to such wildfire smoke and/or poor air quality.

## VI.  JURY TRIAL DEMAND

21. Cincinnati requests a trial by jury.

## VII.  PRAYER FOR RELIEF

Cincinnati seeks judgment as follows:

1. For a declaration that Cincinnati has no duty to indemnify Ringside for any of the claimed losses arising from wildfire smoke and/or poor air quality;

2. For Cincinnati's costs and disbursements incurred herein; and

3. For such other relief as the court deems just and proper.

DATED:  April 28, 2021

BULLIVANT HOUSER BAILEY PC

By  s/ Lloyd Bernstein
**Lloyd Bernstein, OSB #002030**
**Richard Williams, OSB #144638**
Telephone: 503.228.6351
Attorneys for Plaintiff The Cincinnati Casualty Company

4838-9951-5362.1 03026/00336

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**COMPLAINT FOR DECLARATORY JUDGMENT**
**Page 7**