**Lloyd Bernstein**, OSB #002030
E-mail: Lloyd.Bernstein@bulllivant.com
**Richard Williams**, OSB #144638
E-mail: Richard.Williams@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiff The Cincinnati Casualty Company

**Seth H. Row**, OSB No. 021845
seth.row@millernash.com
**Katelyn J. Fulton**, OSB No. 183404
katelyn.fulton@millernash.com
**Shanelle A. Honda**, OSB No. 131139
shanelle.honda@millernash.com
MILLER NASH LLP
3400 US Bancorp Tower 111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155
Attorneys for Defendant The Ringside, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE CINCINNATI CASUALTY COMPANY, an Ohio company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE RINGSIDE, INC., an Oregon corporation,<br><br>    Defendant. | Civil No.: 3:21-cv-00646-MO<br><br>**STIPULATED NOTICE OF DISMISSAL** |

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED NOTICE OF DISMISSAL**
**Page 1**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff The Cincinnati Casualty Company dismisses its claims in this action against defendant the Ringside, Inc. with prejudice.

Pursuant to Fed R. Civ. P. 41(c) defendant The Ringside, Inc. dismisses all its counterclaims in this action against The Cincinnati Casualty Company with prejudice.

Each party shall bear their own attorney fees and costs.

DATED: May 6, 2022

        BULLIVANT HOUSER BAILEY PC

By  s/ Lloyd Bernstein
**Lloyd Bernstein, OSB #002030**
**Richard Williams, OSB #144638**
Telephone: 503.228.6351
Attorneys for Plaintiff The Cincinnati Casualty Company

MILLER NASH LLP

By  s/ Seth H. Row *(with permission)*
**Seth H. Row, OSB No. 021845**
**Katelyn J. Fulton, OSB NO. 183404**
**Shanelle A. Honda, OSB No. 131139**
Attorneys for The Ringside, Inc.

4861-4972-0603.1 03026/00336

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**STIPULATED NOTICE OF DISMISSAL**
**Page 2**